IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

RICHARD L. LANNOM                              BANKRUPTCY NO. 16-11250-JDW
STEPHANIE M. LANNOM                            CHAPTER 13

    DEBTORS

## RESPONSE TO OBJECTION TO CLAIM [#14]

COMES NOW the United States of America-Internal Revenue Service (Service), by and through the United States Attorney's Office for the Northern District of Mississippi, and files this Response to Objection to Claim [#14], and states as follows:

The Debtors' Objection has been rendered moot. The Service amended its Proof of Claim on or about May 17, 2016 [Claim 3-2]. The amended Proof of Claim comports with the relief requested in the Debtors' Objection.

WHEREFORE, PREMISES CONSIDERED, the Service respectfully requests that the Debtors' Objection to Claim [#14] be overruled and that the amended Proof of Claim be allowed as filed.

    Respectfully submitted,

    FELICIA C. ADAMS
    United States Attorney

    By: s/ SAMUEL D. WRIGHT
     SAMUEL D. WRIGHT, MSB #101425
    Assistant United States Attorney
    900 Jefferson Avenue
    Oxford, Mississippi 38655-3608
    Tel: (662) 234-3351
    Fax:(662)234-3318
    Samuel.Wright@usdoj.gov

## CERTIFICATE OF SERVICE

I, **SAMUEL D. WRIGHT**, Assistant United States Attorney for the Northern District of Mississippi, hereby certify that I have electronically filed the foregoing **Response to Objection to Claim [#14]** with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    U. S. Trustee
    USTPRegion05.AB.ECF@usdoj.gov

    Ms. Locke D. Barkley
    Chapter 13 Trustee
    sbeasley@barkley13.com

    Honorable Gwendolyn Baptist-Hewlett
    Counsel for Debtors
    sdonaldson78@gmail.com

This the 21st day of June, 2016.

                                          s/ SAMUEL D. WRIGHT
                                          SAMUEL D. WRIGHT
                                          Assistant United States Attorney